| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Wilner, Michael R. | 2. Court or Organization U.S. District Court - Central District of California | 3. Date of Report 08/18/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge (full-time) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
312 N. Spring St., Room 930
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board member | Federal Bar Association, Los Angeles Chapter |
| 2. | Executive Committee Member | Judge Paul Michel Intellectual Property American Inn of Court |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-5/2013 | Los Angeles Unified School District - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 4/29-30/2013 | Washington, D.C. | CLE Panelist re: mortgage litigation | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on Los Angeles CA rental property # 1 | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Los Angeles CA rental property #1 | E | Rent | | | Sold | 03/15/13 | O | G | Ron & Ann Nelson |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. FEDERATED CALIFORNIA MUNICIPAL CASH TRUST-IS | A | Int./Div. | | | Sold | 05/17/13 | J | A | |
| 4. ISHARES RUSSELL 1000 GROWTH INDEX | A | Distribution | K | T | Sold (part) | 11/04/13 | K | D | |
| 5. ISHARES RUSSELL 1000 VALUE INDEX ETF | A | Distribution | M | T | | | | | |
| 6. ISHARES RUSSELL 2000 GROWTH INDEX ETF | A | Distribution | J | T | | | | | |
| 7. ISHARES RUSSELL 2000 VALUE INDEX ETF | A | Distribution | | | Sold (part) | 01/10/13 | J | A | |
| 8. | | | | | Sold | 10/31/13 | K | D | |
| 9. MFS EMERGING MARKETS DEBT FUND - I | A | Distribution | K | T | | | | | |
| 10. RIDGEWORTH SEIX FLOATING RATE HIGH INCOME FUND I | A | Distribution | K | T | | | | | |
| 11. SPDR S&P GLOBAL NATURAL RESOURCES ETF | A | Distribution | | | Sold | 03/27/13 | J | A | |
| 12. T ROWE PRICE TAX FREE HIGH YIELD | A | Distribution | | | Sold | 01/11/13 | J | A | |
| 13. VANGUARD CALIFORNIA INTERMEDIATE TERM TAX-EXEMPT FUND CLASS | A | Distribution | K | T | Sold (part) | 11/05/13 | K | A | |
| 14. VANGUARD FTSE EMERGING MARKET ETF | A | Distribution | K | T | Buy | 01/09/13 | K | | |
| 15. VANGUARD DIVIDEND APPRECIATION INDEX ETF | A | Distribution | | | Sold | 01/11/13 | J | A | |
| 16. VANGUARD HIGH YIELD CORPORATE FUND CLASS INVESTOR | A | Distribution | | | Sold | 01/16/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. WILMINGTON MULTI-MANAGER INTERNATIONAL FUND INSTITUTIONAL SH | C | Distribution | | | Sold | 07/10/13 | M | E | |
| 18. WILMINGTON MULTI-MANAGER REAL ASSET FUND INSTITUTIONAL SHARE | A | Distribution | | | Sold | 07/19/13 | J | A | |
| 19. ISHARES COHEN & STEERS REALTY MAJORS INDEX ETF | A | Distribution | | | Sold | 10/31/13 | K | B | |
| 20. ISHARES MSCI EAFE SMALL CAP INDEX ETF | A | Distribution | K | T | | | | | |
| 21. ISHARES MSCI VALUE ETF | A | Distribution | K | T | Buy | 01/09/13 | J | | |
| 22. ISHARES S&P 500 BARRA GROWTH INDEX ETF | A | Distribution | K | T | Sold (part) | 01/09/13 | K | D | |
| 23. | | | | | Sold (part) | 11/04/13 | K | D | |
| 24. ACADIAN EMERGING MARKETS FUND | A | Distribution | J | T | Buy | 07/29/13 | J | | |
| 25. AMERICAN CENTURY INTER TERM TAX FREE BOND FUND | A | Distribution | | | Buy | 07/29/13 | K | | |
| 26. | | | | | Sold | 11/15/13 | K | A | |
| 27. BARON SMALL CAP FUND | A | Distribution | J | T | Buy | 07/29/13 | J | | |
| 28. BMO INTER TAX FREE FUND | A | Distribution | K | T | Buy | 07/29/13 | J | | |
| 29. BROWN ADVISORY GROWTH EQUITY INC FUND | A | Distribution | K | T | Buy | 07/29/13 | K | | |
| 30. DIAMOND HILL SMALL CAP FUND | A | Distribution | J | T | Buy | 07/29/13 | J | | |
| 31. HARBOR INTL FUND | A | Distribution | K | T | Buy | 07/29/13 | K | | |
| 32. HODGES SMALL CAP FUND | A | Distribution | J | T | Buy | 07/29/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. OAKMARK INTL FUND | A | Distribution | K | T | Buy | 07/29/13 | K | | |
| 34. PARNASSUS EQUITY INC FUND | A | Distribution | K | T | Buy | 07/29/13 | K | | |
| 35. PRINCIPAL EQUITY INC FUND | A | Distribution | K | T | Buy | 07/29/13 | K | | |
| 36. RIDGEWORTH SEIX HIGH YIELD I FUND | A | Distribution | K | T | Buy | 11/18/13 | K | | |
| 37. SCHWAB US TREASURY ETF | A | Distribution | J | T | Buy | 12/30/13 | J | | |
| 38. SCHWAB US DIV EQUITY ETF | A | Distribution | K | T | Buy | 10/31/13 | K | | |
| 39. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 40. SCHWAB US MIDCAP ETF | A | Distribution | J | T | Buy | 11/05/13 | J | | |
| 41. SCHWAB EMERGING MARKET ETF | A | Distribution | J | T | Buy | 12/30/13 | J | | |
| 42. SCHWAB INTL ETF | A | Distribution | J | T | Buy | 12/30/13 | J | | |
| 43. SCHWAB SMALL CAP ETF | A | Distribution | K | T | Buy | 11/05/13 | K | | |
| 44. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 45. | | | | | | | | | |
| 46. Brokerage Account # 2 | | | | | | | | | |
| 47. FEDERATED CALIFORNIA MUNICIPAL CASH TRUST-IS | A | Int./Div. | | | Sold | 05/17/13 | J | A | |
| 48. MFS EMERGING MARKETS DEBT FUND - I | A | Distribution | | | Sold | 02/05/13 | J | A | |
| 49. RIDGEWORTH SEIX FLOATING RATE HIGH INCOME FUND I | A | Distribution | J | T | Sold (part) | 02/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 20

**Name of Person Reporting**

**Wilner, Michael R.**

**Date of Report**

08/18/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 50. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 51. T ROWE PRICE TAX FREE HIGH YIELD | A | Distribution | | | Sold (part) | 02/05/13 | J | A | |
| 52. | | | | | Sold | 11/04/13 | J | A | |
| 53. VANGUARD CALIFORNIA INTERMEDIATE TERM TAX-EXEMPT FUND | A | Distribution | | | Sold | 02/06/13 | K | B | |
| 54. WILMINGTON STRATEGIC ALLOCATION AGGRESSIVE FUND INSTITUTIONA | A | Distribution | | | Sold | 04/12/13 | M | E | |
| 55. AMERICAN CENTURY INTER TAX FREE BOND FUND | A | Distribution | | | Buy | 07/26/13 | J | | |
| 56. | | | | | Sold | 11/15/13 | J | A | |
| 57. BMO INTER TAX FREE FUND | A | Distribution | J | T | Buy | 07/26/13 | J | | |
| 58. BROWN ADVISORY GROWTH EQ INC FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 59. FIDELITY SHORT INTER MUNI INCOME FUND | A | Distribution | | | Buy | 02/06/13 | L | | |
| 60. | | | | | Sold | 07/19/13 | L | A | |
| 61. HARBOR INTL FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 62. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 63. ISHARES SELECT DIVIDEND ETF | A | Distribution | | | Buy | 02/06/13 | K | | |
| 64. | | | | | Sold | 07/19/13 | K | A | |
| 65. JANUS VENTURE FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. LAUDUS US LARGE CAP GROWTH FUND | A | Distribution | J | T | Buy | 07/26/13 | J | | |
| 67. OAKMARK INTL FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 68. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 69. PARNASSUS EQ INC FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 70. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 71. POWERSHARES GLOBAL HIGH YIELD BOND ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 72. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 73. | | | | | Sold (part) | 10/31/13 | J | A | |
| 74. PRINCIPAL EQ INC FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 75. RIDGEWORTH SEIX HIGH YIELD FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 76. SCHWAB US TREAS ETF | A | Distribution | J | T | Buy | 12/30/13 | J | | |
| 77. SCHWAB AGGREGATE BOND ETF | A | Distribution | K | T | Buy | 05/17/13 | J | | |
| 78. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 79. SCHWAB US DIV EQUITY ETF | A | Distribution | J | T | Buy | 12/30/13 | J | | |
| 80. SCHWAB US TIPS ETF | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 81. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 82. SCHWAB EMERG MARKET ETF | A | Distribution | J | T | Buy | 05/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 84. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 85. SCHWAB INTL EQUITY ETF | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 86. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 87. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 88. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | Buy | 05/30/13 | K | | |
| 89. | | | | | Buy (add'l) | 07/26/13 | K | | |
| 90. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 91. SCHWAB US SMALL CAP ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 92. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 93. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 94. SCHWAB CA TAX FREE BOND FUND | A | Distribution | J | T | Buy | 05/17/13 | K | | |
| 95. | | | | | Sold (part) | 11/15/13 | J | A | |
| 96. SCHWAB DIV EQUITY FUND | A | Distribution | J | T | Buy | 07/26/13 | J | | |
| 97. SCHWAB SMALL CAP EQU FUND | A | Distribution | J | T | Buy | 07/26/13 | J | | |
| 98. SPDR GLOBAL TREAS EX-US ETF | A | Distribution | | | Buy | 05/30/13 | J | | |
| 99. | | | | | Buy (add'l) | 07/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. | | | | | Sold | 10/31/13 | J | A | |
| 101. UNDISCOVERED MANAGERS BEH VALUE FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 102. | | | | | | | | | |
| 103. Brokerage Account # 3 | | | | | | | | | |
| 104. FEDERATED CALIFORNIA MUNICIPAL CASH TRUST-IS | A | Distribution | | | Sold | 05/17/13 | J | A | |
| 105. WILMINGTON STRATEGIC ALLOCATION AGGRESSIVE FUND INSTITUTIONA | B | Distribution | | | Sold | 04/12/13 | M | E | |
| 106. ACADIAN EMERGING MARKETS FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 107. BROWN ADVISORY EQ INC FUND | A | Distribution | K | T | Buy | 05/17/13 | K | | |
| 108. HARBOR INTL FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 109. HODGES SMALL CAP | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 110. JANUS VENTURE FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 111. OAKMARK INTL FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 112. PARNASSUS EQ INC FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 113. POWERSHARES GLOBAL HIGH YIELD BOND ETF | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 114. | | | | | Sold (part) | 10/31/13 | J | A | |
| 115. POWERSHARES INTL DIVIDEND ETF | A | Distribution | J | T | Buy | 12/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116.  PRINCIPAL EQ INC FUND | A | Distribution | K | T | Buy | 05/17/13 | K | | |
| 117.  SCHWAB AGGREG US BOND ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 118.  SCHWAB DIV EQUITY ETF | A | Distribution | J | T | Buy | 12/30/13 | J | | |
| 119.  SCHWAB US TIPS ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 120.  SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 121. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 122.  SCHWAB INTL EQ ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 123. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 124.  SCHWAB US LARGE CAP ETF | A | Distribution | K | T | Buy | 05/30/13 | K | | |
| 125.  SCHWAB US SMALL CAP | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 126. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 127.  SCHWAB CA TAX FREE BOND FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 128.  SPDR GLOBAL TREASURY EX-US ETF | A | Distribution | | | Buy | 05/30/13 | J | | |
| 129. | | | | | Sold | 10/31/13 | J | A | |
| 130.  UNDISCOVERED MAANGERS BEH VALUE FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 131. | | | | | | | | | |
| 132.  Brokerage Account # 4 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. DREYFUS INTERNATIONAL BOND FUND CLASS INSTITUTIONAL | A | Distribution | | | Sold | 02/05/13 | J | A | |
| 134. FEDERATED CALIFORNIA MUNICIPAL CASH TRUST-IS | A | Distribution | | | Sold | 05/17/13 | J | A | |
| 135. MFS EMERGING MARKETS DEBT FUND - I | A | Distribution | | | Sold | 02/05/13 | J | A | |
| 136. RIDGEWORTH SEIX FLOATING RATE HIGH INCOME FUND I | A | Distribution | J | T | Sold (part) | 02/05/13 | J | A | |
| 137. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 138. T ROWE PRICE TAX FREE HIGH YIELD | A | Distribution | | | Sold (part) | 02/05/13 | J | A | |
| 139. | | | | | Sold | 11/04/13 | J | A | |
| 140. VANGUARD CALIFORNIA INTERMEDIATE TERM TAX-EXEMPT FUND CLASS | A | Distribution | | | Sold | 02/06/13 | K | B | |
| 141. WILMINGTON STRATEGIC ALLOCATION AGGRESSIVE FUND INSTITUTIONA | B | Distribution | | | Sold | 04/12/13 | M | E | |
| 142. AMERICAN CENTURY CA INTER TAX FREE BOND FUND | A | Distribution | | | Buy | 05/17/13 | J | | |
| 143. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 144. | | | | | Sold | 11/15/13 | J | A | |
| 145. BMO INTER TAX FREE BOND FUND | A | Distribution | J | T | Buy | 07/26/13 | J | | |
| 146. BROWN ADVISORY GROWTH EQ INC FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 147. FIDELITY SHORT INTER MUNI BOND FUND | A | Distribution | | | Buy | 02/06/13 | L | | |
| 148. | | | | | Sold | 07/19/13 | L | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 149. HARBOR INTL FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 150. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 151. HODGES SMALL CAP | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 152. ISHARES SELECT DIV ETF | A | Distribution | | | Buy | 02/06/13 | K | | |
| 153. | | | | | Sold | 07/19/13 | K | C | |
| 154. LAUDUS GROWTH US LARGE CAP FUND | A | Distribution | J | T | Buy | 07/26/13 | J | | |
| 155. OAKMARK INTL FUND | A | Distribution | J | T | Buy | 07/26/13 | J | | |
| 156. PARNASSUS EQ INC FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 157. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 158. POWERHSARES GLOBAL HIGH YIELD BOND ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 159. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 160. | | | | | Sold (part) | 10/31/13 | J | A | |
| 161. PRINCIPAL EQ INC FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 162. RIDGEWORTH SEIX HIGH YIELD FUND | A | Distribution | J | T | Buy | 11/18/13 | J | | |
| 163. RIDGEWORTH SEIX FLOATING RATE HIGH INCOME FUND | A | Distribution | J | T | Buy | 11/18/13 | J | | |
| 164. SCHWAB US TREAS ETF | A | Distribution | J | T | Buy | 12/30/13 | J | | |
| 165. SCHWAB US AGGREG BOND ETF | A | Distribution | K | T | Buy | 05/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 166. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 167.  SCHWAB DIV EQ ETF | A | Distribution | J | T | Buy | 12/30/13 | J | | |
| 168.  SCHWAB US TIPS ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 169. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 170.  SCHWAB EMERGING MARKET ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 171. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 172. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 173.  SCHWAB INTL ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 174. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 175. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 176.  SCHWAB LARGE CAP ETF | A | Distribution | K | T | Buy | 05/30/13 | J | | |
| 177. | | | | | Buy (add'l) | 07/26/13 | K | | |
| 178.  SCHWAB SMALL CAP ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 179. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 180. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 181.  SCHWAB CA TAX FREE BOND FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 182.  SCHWAB DIV EQ FUND | A | Distribution | J | T | Buy | 07/26/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 183. SCHWAB SMALL CAP EQ FUND | A | Distribution | J | T | Buy | 07/26/13 | J | | |
| 184. SPDR GLOBAL TREAS EX US ETF | A | Distribution | | | Buy | 05/30/13 | J | | |
| 185. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 186. | | | | | Sold | 10/31/13 | J | | |
| 187. | | | | | | | | | |
| 188. Brokerage Account # 5 | | | | | | | | | |
| 189. WILMINGTON STRATEGIC ALLOCATION AGGRESSIVE FUND INSTITUTIONA | B | Distribution | | | Sold | 04/15/13 | M | C | |
| 190. WILMINGTON PRIME MONEY MARKET FUND CLASS SELECT | A | Int./Div. | | | Sold | 04/15/13 | J | A | |
| 191. ACADIAN EMERGING MARKETS FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 192. BROWN ADVISORY GROWTH EQUITY FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 193. HARBOR INTL FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 194. HODGES SMALL CAP FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 195. JANUS VENTURE FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 196. OAKMARK INTL FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 197. PARNASSUS EQ INC FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 198. PRINCIPAL EQUITY INC FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. SCHWAB US DIV EQUITY ETF | A | Distribution | J | T | Buy | 11/25/13 | J | | |
| 200. SCHWAB US REIT ETF | A | Distribution | | | Buy | 05/30/13 | J | | |
| 201. | | | | | Sold | 11/25/13 | J | A | |
| 202. SCHWAB US EMERGING MARKET ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 203. SCHWAB INTL EQ ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 204. SCHWAB LARGE CAP ETF | A | Distribution | K | T | Buy | 05/30/13 | K | | |
| 205. SCHWAB SMALL CAP ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 206. UNDISCOVERED MANAGERS BEH VALUE FUND | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 207. | | | | | | | | | |
| 208. Brokerage Account # 6 | | | | | | | | | |
| 209. WILMINGTON STRATEGIC ALLOCATION AGGRESSIVE FUND INSTITUTIONA | A | Distribution | | | Sold | 04/15/13 | K | C | |
| 210. WILMINGTON STRATEGIC ALLOCATION CONSERVATIVE FUND INSTITUTIO | A | Distribution | | | Sold | 04/15/13 | K | A | |
| 211. WILMINGTON PRIME MONEY MARKET FUND CLASS SELECT | A | Int./Div. | | | Sold | 04/15/13 | J | A | |
| 212. BAIRD CORE PLUS BOND FUND | A | Distribution | J | T | Buy | 05/20/13 | J | | |
| 213. BROWN ADVISORY GROWTH EQUITY FUND | A | Distribution | J | T | Buy | 05/20/13 | J | | |
| 214. HARBOR INTL FUND | A | Distribution | J | T | Buy | 05/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 215.  HODGES SMALL CAP FUND | A | Distribution | J | T | Buy | 05/20/13 | J | | |
| 216.  PARNASSUS EQUITY INC FUND | A | Distribution | J | T | Buy | 05/20/13 | J | | |
| 217.  PIMCO TOTAL RETURN BOND FUND | A | Distribution | J | T | Buy | 05/20/13 | J | | |
| 218.  POWERSHARES GLOBAL HIGH YIELD ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 219. | | | | | Sold (part) | 10/31/13 | J | A | |
| 220.  PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | Buy | 05/20/13 | J | | |
| 221.  SCHWAB AGGREG BOND ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 222.  SCHWAB US TIPS ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 223.  SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 224.  SCHWAB INTL EQ ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 225.  SCHWAB US LARGE CAP ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 226.  SCHWAB US SMALL CAP ETF | A | Distribution | J | T | Buy | 05/30/13 | J | | |
| 227.  SPDR GLOBAL TREASURT EX-US ETF | A | Distribution | | | Buy | 05/30/13 | J | | |
| 228. | | | | | Sold | 10/31/13 | J | A | |
| 229. | | | | | | | | | |
| 230.  Schwab Checking Account | A | Int./Div. | L | T | Buy | 05/23/13 | L | | |
| 231.  Citibank-Checking and Savings Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 232.  529 Account #1 New York Coll Sav Program Cons/Mod Growth (no control) | B | Distribution | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Wilner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544